People of State of Illinois, Defendant in Error, v. Donald Enright, Plaintiff in Error.

Gen. No. 44,128. 

opinion filed November 13, 1947; released for publication December 13, 1947. Frank A. McDonnell, for plaintiff in error; William J. Tuohy, State's Attorney of Cook County, for defendants in error; Edward E. Wilson, John T. Gallagher, W. S. Miroslawski and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

Patterson Manufacturing Company, Appellee, v. L. O. Stewart, Trading as Lynn Stewart Company, Appellant.

Gen. No. 43,921. 

opinion filed November 13, 1947; released for publication December 13, 1947. Lewis M. Nowlan, for appellant; Dwork & Epton and Aiken, McCurry, Bennett & Cleary, for appellee; Charles R. Aiken, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.